IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 19- 1090 -M

CERTAIN PERSONS :

*ORDER*

AND NOW, this 25th day of June, 2019, upon consideration of the Government's motion, and after balancing the public right of access to court documents with ensuring the confidentiality of an ongoing criminal investigation, it is hereby

*ORDERED*

that the within motion, search warrant, all accompanying documents, and all docket entries are impounded until further order of this Court. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to <u>Michelle Rotella</u>, Assistant United States Attorney.

BY THE COURT:

_Lynne A. Sitarski_
HONORABLE LYNNE A. SITARSKI
United States Magistrate Court Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

v.                            :    CRIMINAL NO. 19- 1090 -M

CERTAIN PERSONS               :

## *GOVERNMENT'S MOTION TO IMPOUND*

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney in and for the Eastern District of Pennsylvania, and Michelle Rotella, Assistant United States Attorney for the District, moves to impound the within Motion, search warrant, all accompanying documents, and all docket entries, and in support of its Motion states as follows:

1. The within Motion is a document which, if made public would jeopardize the government's interest in not jeopardizing an ongoing criminal investigation.

2. Although the public has a common law right of access to judicial proceedings and papers, matters relating to not jeopardizing an ongoing criminal investigation are traditionally conducted ex parte and in camera, with deference to the government's determination that investigative matters should be sealed.

3. Accordingly, balancing the public's right of access to judicial documents with the government's interest in not jeopardizing an ongoing criminal investigation, the government respectfully requests that the government's Motion be GRANTED. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed

documents and motion and order to seal, and to provide copies of all sealed documents only to Michelle Rotella, Assistant United States Attorney.

                                    Respectfully submitted,

                                    WILLIAM M. McSWAIN
                                    *United States Attorney*

                                    /s/ Michelle Rotella
                                    Michelle Rotella
                                    *Assistant United States Attorney*