# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **Magistrate No. 19-1090-M** |
| **JAMES HARDCASTLE** | : | |

## ORDER

AND NOW, this    day of                , 2019, the Court finds that the government's investigation is ongoing, that the government and defendant are working to determine whether a non-trial disposition is possible, and that defendant does not oppose the government's motion for continuance. Based on this, the Court further finds that the ends of justice served by granting a continuance in this matter outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of thirty days, until August 26, 2019.

BY THE COURT:

_____
HONORABLE JACOB P. HART
*United States Magistrate Judge*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     **Magistrate No. 19-1090-M** |
| JAMES HARDCASTLE | : |

## GOVERNMENT'S UNOPPOSED MOTION FOR SPEEDY TRIAL DELAY PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(7)(A)

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Michelle L. Morgan, Assistant United States Attorney for the District, moves for a thirty-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion states as follows:

1. On June 26, 2019, defendant James Hardcastle was arrested and made his initial appearance on a criminal complaint charging one violation of Title 18 U.S.C. § 2423(a), travel with intent to engage in criminal sexual activity with a minor.

2. On July 1, 2019, defendant appeared before the Honorable Marilyn R. Heffley for a probable cause hearing and detention hearing. Defendant stipulated to probable cause and the Court granted the Government's motion for pretrial detention.

3. The Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, requires that the government file an Indictment or Information within thirty days from the date on which the defendant was arrested, which in this case is by July 26, 2019. 18 U.S.C. § 3161(b).

4. Since the execution of the complaint and warrant, the government has been reviewing and discussing evidence with defense counsel to determine whether a non-trial

disposition can be reached. A thirty-day continuance would provide the parties with time necessary to continue these discussions and for the defense counsel to evaluate discovery.

5.  Counsel for defendant, Fortunato Perri, Jr., Esq., does not oppose the government's request for a thirty-day continuance.

6.  A thirty-day continuance would extend the time to file an Information or Indictment until August 26, 2019. *See* Fed. R. Crim. P. 45(a)(1)(C).

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice served by the granting of a continuance of thirty days of the time within which to file an Indictment or Information in this case, that is, until August 26, 2019, outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Accordingly, the government respectfully requests that its motion be granted.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

MICHELLE L. MORGAN
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that a copy of the Government's Unopposed Motion for Speedy Trial Delay Pursuant to Title 18, United States Code, Section 3161(h)(7)(A) was filed with the Court and served via electronic mail on the following defense counsel:

>Fortunato Perri, Jr., Esquire
>1845 Walnut Street
>Philadelphia, PA 19103

>MICHELLE L. MORGAN
>Assistant United States Attorney

Date: July 17, 2019